8850.   KNOWLES *v.* STEWART.

BLOODWORTH, J.   Section 5926 of the Civil Code (1910) is as follows:
"Where there is no conflict in the evidence, and that introduced with
all reasonable deductions or inferences therefrom demands a particular
verdict, the court may direct the jury to find for the party entitled
thereto."   In the instant case, while the evidence preponderates largely
in favor of the defendant, there is some evidence from which the jury
could infer that the wire fence was so constructed as to become a part
of the realty, and that it was built with this intent.   On account of this
conflict in the evidence the case should have been submitted to the
jury, and the court erred in directing a verdict.
> *Judgment reversed.   Broyles, P. J., and Harwell, J., concur.*
> DECIDED FEBRUARY 7, 1918.

Trover; from Bacon superior court—Judge Summerall.   April
21, 1917.

*Chastain & Henson,* for plaintiff.
*Levi O'Steen,* for defendant.